IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JESSICA SLIVAK                    :          CIVIL ACTION
                                  :
                                  :
                                  :
        v.                        :
                                  :
                                  :
STARBOARD GROUP OF BUCKS          :          NO.17-1399
COUNTY, INC.                      :


O R D E R


        **AND NOW, TO WIT:** this 30th day of January, 2018, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

        **ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.



                                  **Kate Barkman**, Clerk of Court


                                  **BY:** /s/ Mark A. Rafferty
                                          Mark A. Rafferty
                                          Deputy Clerk



E-mailed/faxed to:
Arkady Eric Rayz, Esq.
Megan Linsley Davis Esq.
Patricia Fecile-Moreland, Esq

Civ 2 (7/83)
41.1(b)